# EXHIBIT 4



PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

# QUARTERLY STATEMENT

AS OF JUNE 30, 2019
OF THE CONDITION AND AFFAIRS OF THE

## CSAA FIRE & CASUALTY INSURANCE COMPANY

NAIC Group Code __1278__ __1278__   NAIC Company Code __10921__   Employer's ID Number __91-1874022__
(Current) (Prior)

Organized under the Laws of __Indiana__, State of Domicile or Port of Entry __IN__

Country of Domicile __United States of America__

Incorporated/Organized __10/10/1997__   Commenced Business __04/03/1998__

Statutory Home Office __450 E. 96th Street, Suite 500__, __Indianapolis, IN, 46240__
(Street and Number) (City or Town, State, Country and Zip Code)

Main Administrative Office __3055 Oak Road__
(Street and Number)
__Walnut Creek, CA, US 94597__, __800-207-3618__
(City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)

Mail Address __3055 Oak Road__, __Walnut Creek, CA, US 94597__
(Street and Number or P.O. Box) (City or Town, State, Country and Zip Code)

Primary Location of Books and Records __3055 Oak Road__
(Street and Number)
__Walnut Creek, CA, US 94597__, __925-279-4266__
(City or Town, State, Country and Zip Code) (Area Code) (Telephone Number)

Internet Website Address __www.csaa-insurance.aaa.com__

Statutory Statement Contact __Andrea Kay Hecht__, __925-279-4266__
(Name) (Area Code) (Telephone Number)
__financialreporting@csaa.com__, __877-835-5896__
(E-mail Address) (FAX Number)

### OFFICERS

President __Thomas Michael Troy #__   Interim Treasurer & CFO __Phillip Curtis Surprenant #__
Secretary __Michael Jay Zukerman__

### OTHER

__Jianlu Xu, Assistant Vice President__   __Ryan Daniel Vigus, Assistant Vice President__   __Phyllis Tobe Solomon, Assistant Secretary__
__Katherine Jean Evans #, Assistant Secretary__

### DIRECTORS OR TRUSTEES

__Thomas Michael Troy * #__   __Brian James Gust__   __Robert Edward Valliere__
__Michael Jay Zukerman__   __Linsay Danice Hohmann #__
*CHAIR OF THE BOARD

State of __California__   SS:
County of __Contra Costa__

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively.  Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

Thomas Michael Troy
President & CEO

Michael Jay Zukerman
Secretary

Phillip Curtis Surprenant
Interim Treasurer & CFO

Subscribed and sworn to (or affirmed) before me on this __8th__ day of __August__, 2019 by the above named individuals, proved to me on the basis of satisfactory evidence to be the persons who appeared before me.

Notary Public

a. Is this an original filing? ............   Yes [ X ]   No [ ]
b. If no,
   1. State the amendment number ......
   2. Date filed ....................................
   3. Number of pages attached ...........