# EXHIBIT 7



P.O. Box 24523
Oakland, CA 94623-1523

Phone  888.335.2722
Fax    877.548.1610

MARYLYN STROME
4626 S OXFORD AVE
TULSA, OK 74135-6829

Please do not attempt to cash this check at a Bank of America office until the next business day.

| Check No.: 717089904 | Insured: MARYLYN STROME | | Adjuster: Nathan Fulks |
|---|---|---|---|
| Claim No.: 1002-95-7061 | Policy No.: HO33478748 | | |
| Exposure: (1) 1st Party Dwelling - Marilyn Strome - A-Dwelling/Claim Cost/Dwelling Damage | | | |
| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
| 11/07/2018 | Replacement Cost Value | $694.47 | | |
| | | | | $694.47 |
| Payee: MARYLYN STROME | | | |
| Invoice/EOB #: | Dates of Service:11/07/2018 | | |
| Comments: | | | |
| Payment Method: Check | Date of Loss: 04/04/2017 | | Loss Type: HOME |

Policy issued by CSAA Fire & Casualty Insurance Company        (Continued on back side)

Please detach before presenting for payment



CSAA Fire & Casualty Insurance Company
P.O. Box 24523, Oakland, CA 94623-1523

BANK OF AMERICA

70-2328 / 719  IL    CHECK NO. 717089904

POLICY NO.
HO33478748

**Exactly SIX HUNDRED NINETY FOUR DOLLARS AND FORTY SEVEN CENTS**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INSURED | LOSS DATE | CLAIM NO. | DATE | AMOUNT |
|---|---|---|---|---|
| MARYLYN STROME | 04/04/2017 | 1002-95-7061 | 11/07/2018 | \*\*\*$694.47 |

Pay To The Order Of   MARYLYN STROME

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group
AUTHORIZED SIGNATURE

⑈717089904⑈



P.O. Box 24523
Oakland, CA 94623-1523

Phone   888.335.2722
Fax     877.548.1610

CORELOGIC SPATIAL SOLUTIONS
40 PACIFICA
STE 900
IRVINE, CA 92618-7487

## Offer of Payment

| Check No.: 0703614016 | Insured: MARYLYN STROME | |
|---|---|---|
| Claim No.: 1002-95-7061 | Policy No.: HO33478748 | Adjuster: Nathan Fulks |
| Exposure: (1) 1st Party Dwelling - Marilyn Strome - A-Dwelling - Expense - Other | | |

| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
|---|---|---|---|---|
| 11/07/2018 | Experts | $43.30 | *****0572 | |
| | | | | $43.30 |

| Payee: CoreLogic | | |
|---|---|---|
| Invoice/EOB #: | Dates of Service: 11/07/2018 | |
| Comments: Invoice: 134589 | | |
| Payment Method: EFT | Date of Loss: 04/04/2017 | Loss Type: Homeowners |

Policy issued by CSAA Fire & Casualty Insurance Company

Please detach before presenting for payment



CSAA Fire & Casualty Insurance Company
P.O. Box 24523, Oakland, CA 94623-1523

BANK OF AMERICA

70-2328 / 719   IL

**CHECK NO.**
**0703614016**

**POLICY NO.**
HO33478748

**Exactly Forty three and 30/100 Dollars**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INSURED | LOSS DATE | CLAIM NO. | DATE | AMOUNT |
|---|---|---|---|---|
| MARYLYN STROME | 04/04/2017 | 1002-95-7061 | 11/07/2018 | \*\*\*$43.30 |

Pay To The Order Of    CoreLogic

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group

_____
AUTHORIZED SIGNATURE

FILE COPY



P.O. Box 24523
Oakland, CA 94623-1523

Phone  888.335.2722
Fax    877.548.1610

HANCOCK CLAIMS CONSULTANTS
PO BOX 102753
ATLANTA, GA 30368-2753

## Offer of Payment

| Check No.: 0703699081 | Insured: MARYLYN STROME | |
|---|---|---|
| Claim No.: 1002-95-7061 | Policy No.: HO33478748 | Adjuster: Erica Dandridge |
| Exposure: (1) 1st Party Dwelling - Marilyn Strome - A-Dwelling - Expense - Other ||| 
| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
| 12/20/2018 | Experts | $175.00 | *****4648 | |
| | | | | $175.00 |
| Payee: Hancock Claims Consultants |||||
| Invoice/EOB #: | Dates of Service: |||
| Comments: |||||
| Payment Method: EFT | Date of Loss: 04/04/2017 || Loss Type: Homeowners ||

Policy issued by CSAA Fire & Casualty Insurance Company

Please detach before presenting for payment



CSAA Fire & Casualty Insurance Company
P.O. Box 24523, Oakland, CA 94623-1523

BANK OF AMERICA

70-2328 / 719   IL

**CHECK NO.**
**0703699081**

**POLICY NO.**
HO33478748

Exactly One hundred seventy five and 00/100 Dollars*********************************************************************************

| INSURED | LOSS DATE | CLAIM NO. | DATE | AMOUNT |
|---|---|---|---|---|
| MARYLYN STROME | 04/04/2017 | 1002-95-7061 | 12/20/2018 | ***$175.00 |

Pay To The Order Of   Hancock Claims Consultants

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group

_____
AUTHORIZED SIGNATURE

FILE COPY



P.O. Box 24523
Oakland, CA 94623-1523

Phone  888.335.2722
Fax    877.548.1610

HANCOCK CLAIMS CONSULTANTS
PO BOX 102753
ATLANTA, GA 30368-2753

## Offer of Payment

| Check No.: 0703699081 | Insured: MARYLYN STROME | | |
|---|---|---|---|
| Claim No.: 1002-95-7061 | Policy No.: HO33478748 | | Adjuster: Erica Dandridge |
| Exposure: (1) 1st Party Dwelling - Marilyn Strome - A-Dwelling - Expense - Other | | | |
| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
| 12/20/2018 | Experts | $175.00 | *****4648 | |
| | | | | $175.00 |
| Payee: Hancock Claims Consultants | | | | |
| Invoice/EOB #: | Dates of Service: | | | |
| Comments: | | | | |
| Payment Method: EFT | Date of Loss: 04/04/2017 | | Loss Type: Homeowners | |

Policy issued by CSAA Fire & Casualty Insurance Company

Please detach before presenting for payment



CSAA Fire & Casualty Insurance Company
P.O. Box 24523, Oakland, CA 94623-1523

BANK OF AMERICA

70-2328 / 719  IL

**CHECK NO.**
**0703699081**

**POLICY NO.**
HO33478748

Exactly One hundred seventy five and 00/100 Dollars****************************************************************************

| INSURED | LOSS DATE | CLAIM NO. | DATE | AMOUNT |
|---|---|---|---|---|
| MARYLYN STROME | 04/04/2017 | 1002-95-7061 | 12/20/2018 | ***$175.00 |

Pay To The Order Of   Hancock Claims Consultants

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group

_____
AUTHORIZED SIGNATURE



P.O. Box 24523
Oakland, CA 94623-1523

Phone  888.335.2722
Fax    877.548.1610

HANCOCK CLAIMS CONSULTANTS
PO BOX 102753
ATLANTA, GA 30368-2753

# Offer of Payment

| Check No.: 0703699081 | Insured: MARYLYN STROME | |
|---|---|---|
| Claim No.: 1002-95-7061 | Policy No.: HO33478748 | Adjuster: Erica Dandridge |
| Exposure: (1) 1st Party Dwelling - Marilyn Strome - A-Dwelling - Expense - Other | | |
| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
| 12/20/2018 | Experts | $175.00 | *****4648 | |
| | | | | $175.00 |
| Payee: Hancock Claims Consultants | | | | |
| Invoice/EOB #: | Dates of Service: | | | |
| Comments: | | | | |
| Payment Method: EFT | Date of Loss: 04/04/2017 | | Loss Type: Homeowners | |

Policy issued by CSAA Fire & Casualty Insurance Company

Please detach before presenting for payment



**CSAA Fire & Casualty Insurance Company**
P.O. Box 24523, Oakland, CA 94623-1523

**BANK OF AMERICA**

70-2328 / 719   IL

**CHECK NO.**
**0703699081**

**POLICY NO.**
HO33478748

Exactly One hundred seventy five and 00/100 Dollars***************************************************************************************

| INSURED | LOSS DATE | CLAIM NO. | DATE | AMOUNT |
|---|---|---|---|---|
| MARYLYN STROME | 04/04/2017 | 1002-95-7061 | 12/20/2018 | ***$175.00 |

Pay To The Order Of    Hancock Claims Consultants

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group
_____
AUTHORIZED SIGNATURE



P.O. Box 24523
Oakland, CA 94623-1523

Phone 888.335.2722
Fax   877.548.1610

HANCOCK CLAIMS CONSULTANTS
PO BOX 102753
ATLANTA, GA 30368-2753

# Offer of Payment

| Check No.: 0703699081 | | Insured: MARYLYN STROME | | |
|---|---|---|---|---|
| Claim No.: 1002-95-7061 | | Policy No.: HO33478748 | | Adjuster: Erica Dandridge |
| Exposure: (1) 1st Party Dwelling - Marilyn Strome - A-Dwelling - Expense - Other | | | | |
| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
| 12/20/2018 | Experts | $175.00 | *****4648 | |
| | | | | $175.00 |
| Payee: Hancock Claims Consultants | | | | |
| Invoice/EOB #: | | Dates of Service: | | |
| Comments: | | | | |
| Payment Method: EFT | | Date of Loss: 04/04/2017 | | Loss Type: Homeowners |

Policy issued by CSAA Fire & Casualty Insurance Company

Please detach before presenting for payment



**CSAA Fire & Casualty Insurance Company**
P.O. Box 24523, Oakland, CA 94623-1523

**BANK OF AMERICA**

70-2328 / 719  IL

**CHECK NO.**
**0703699081**

**POLICY NO.**
HO33478748

**Exactly One hundred seventy five and 00/100 Dollars**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INSURED<br>MARYLYN STROME | LOSS DATE<br>04/04/2017 | CLAIM NO.<br>1002-95-7061 | DATE<br>12/20/2018 | AMOUNT<br>\*\*\*$175.00 |
|---|---|---|---|---|

Pay To The Order Of    Hancock Claims Consultants

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group

_____
AUTHORIZED SIGNATURE



P.O. Box 24523  
Oakland, CA 94623-1523

Phone  888.335.2722  
Fax    877.548.1610



MARILYN STROME  
4626 S OXFORD AVE  
TULSA, OK 74135-6829

# Offer of Payment

| Check No.: 0717548991 | Insured: MARYLYN STROME | | |
|---|---|---|---|
| Claim No.: 1002-95-7061 | Policy No.: HO33478748 | | Adjuster: Dustin Crittenden |
| Exposure: (1) 1st Party Dwelling - Marilyn Strome - A-Dwelling - Claim Cost - Dwelling Damage | | | |
| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
| 07/15/2019 | Actual Cash Value | $694.47 | | $694.47 |
| Payee: Marilyn Strome | | | |
| Invoice/EOB #: | Dates of Service: | | |
| Comments: Reissuance of cancelled check. | | | |
| Payment Method: Check | Date of Loss: 04/04/2017 | | Loss Type: Homeowners |

Policy issued by CSAA Fire & Casualty Insurance Company

Please detach before presenting for payment



**CSAA Fire & Casualty Insurance Company**  
P.O. Box 24523, Oakland, CA 94623-1523

BANK OF AMERICA

70-2328 / 719   IL

**CHECK NO.**  
**0717548991**

**POLICY NO.**  
HO33478748

**Exactly Six hundred ninety four and 47/100 Dollars**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INSURED | LOSS DATE | CLAIM NO. | DATE | AMOUNT |
|---|---|---|---|---|
| MARYLYN STROME | 04/04/2017 | 1002-95-7061 | 07/15/2019 | \*\*\*$694.47 |

Pay To The Order Of   Marilyn Strome

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group

_____  
AUTHORIZED SIGNATURE

FILE COPY



P.O. Box 24523
Oakland, CA 94623-1523

Phone   888.335.2722
Fax     877.548.1610

MARYLYN STROME
4626 S OXFORD AVE
TULSA, OK 74135-6829

Please do not attempt to cash this check at a Bank of America office until the next business day.

| Check No.: 717089904 | Insured: MARYLYN STROME | | Adjuster: Nathan Fulks | |
|---|---|---|---|---|
| Claim No.: 1002-95-7061 | Policy No.: HO33478748 | | | |
| Exposure: (1) 1st Party Dwelling - Marilyn Strome - A-Dwelling/Claim Cost/Dwelling Damage | | | | |
| Issue Date | Description of Payment | Amount | Acct No. | Amount Total |
| 11/07/2018 | Replacement Cost Value | $694.47 | | |
| | | | | $694.47 |
| Payee: MARYLYN STROME | | | | |
| Invoice/EOB #: | Dates of Service: 11/07/2018 | | | |
| Comments: | | | | |
| Payment Method: Check | Date of Loss: 04/04/2017 | | Loss Type: HOME | |

Policy issued by CSAA Fire & Casualty Insurance Company

(Continued on back side)

Please detach before presenting for payment



CSAA Fire & Casualty Insurance Company
P.O. Box 24523, Oakland, CA 94623-1523

BANK OF AMERICA

70-2328 / 719   IL    CHECK NO. 717089904

**POLICY NO.**
HO33478748

**Exactly SIX HUNDRED NINETY FOUR DOLLARS AND FORTY SEVEN CENTS**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| INSURED | LOSS DATE | CLAIM NO. | DATE | AMOUNT |
|---|---|---|---|---|
| MARYLYN STROME | 04/04/2017 | 1002-95-7061 | 11/07/2018 | ***$694.47 |

Pay To The Order Of   MARYLYN STROME

VOID IF NOT CASHED WITHIN 180 DAYS OF DATE OF ISSUE

CSAA Insurance Group
AUTHORIZED SIGNATURE

⑈717089904⑈