# EXHIBIT 8



1 5 5 3 9 2 0 1 9 2 0 1 0 0 1 0 2

PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

# QUARTERLY STATEMENT

AS OF JUNE 30, 2019
OF THE CONDITION AND AFFAIRS OF THE

## CSAA INSURANCE EXCHANGE

NAIC Group Code   1278 (Current)   1278 (Prior)   NAIC Company Code   15539   Employer's ID Number   94-0361650

Organized under the Laws of   California  , State of Domicile or Port of Entry   CA

Country of Domicile   United States of America

Incorporated/Organized   06/20/1914   Commenced Business   08/14/1914

Statutory Home Office   3055 Oak Road (Street and Number)   ,   Walnut Creek, CA, 94597-2098 (City or Town, State, Country and Zip Code)

Main Administrative Office   3055 Oak Road (Street and Number)
Walnut Creek, CA, 94597-2098 (City or Town, State, Country and Zip Code)   ,   800-207-3618 (Area Code) (Telephone Number)

Mail Address   3055 Oak Road (Street and Number or P.O. Box)   ,   Walnut Creek, CA, 94597-2098 (City or Town, State, Country and Zip Code)

Primary Location of Books and Records   3055 Oak Road (Street and Number)
Walnut Creek, CA, 94597-2098 (City or Town, State, Country and Zip Code)   ,   925-279-4266 (Area Code) (Telephone Number)

Internet Website Address   www.csaa-insurance.aaa.com

Statutory Statement Contact   Andrea  Kay  Hecht (Name)   ,   925-279-4266 (Area Code) (Telephone Number)
financialreporting@csaa.com (E-mail Address)   ,   877-835-5896 (FAX Number)

### OFFICERS

| | | | |
|---|---|---|---|
| President | Thomas Michael Troy # | Interim Treasurer & CFO | Phillip Curtis Surprenant # |
| Secretary | Michael Jay Zukerman | | |

### OTHER

### DIRECTORS OR TRUSTEES

| | | |
|---|---|---|
| Spencer Steven Angerbauer | Robert Nicholas Barone | Jack Elliot Brown ** |
| Mary Bailey Cranston | Allen Joseph DeWalle | Paula Robinson Collins |
| Donald Real Gagnon | Mary Rowland Hennessy | Ralph Seefred Michael, III |
| William Gerald Petitt | Donald Allan Smith, Jr. | Robert Alan Elliott |
| James Lewis Pease, III | Thomas Michael Troy # | |
| ** CHAIR OF BOARD | | |

State of   California   SS:
County of   Contra Costa

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively.  Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| _(signature)_ | _(signature)_ | |
| Thomas Michael Troy | Phillip Curtis Surprenant | |
| President & Chief Executive Officer of CSAA Insurance Services, Inc., Attorney in Fact of CSAA Insurance Exchange | Interim Treasurer & Chief Financial Officer of CSAA Insurance Services, Inc., Attorney in Fact of CSAA Insurance Exchange | |

Subscribed and sworn to (or affirmed) before me on this   8th   day of   August  ,
2019 by the above named individuals, proved to me on the basis of satisfactory evidence to be the persons who appeared before me.

a. Is this an original filing? ..................   Yes [ X ]   No [   ]
b. If no,
   1. State the amendment number......
   2. Date filed