# EXHIBIT 15



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| MARYLYN STROME,<br>          Plaintiff,<br>v.<br>CSAA INSURANCE EXCHANGE,<br>          Defendant, and<br>CSAA FIRE AND CASUALTY COMPANY, DBA AAA FIRE AND CASUALTY INSURANCE COMPANY<br>          Defendant, and<br>CSAA INSURANCE SERVICES INC,<br>          Defendant, | **No. CJ-2019-1321**<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 04/01/2019<br><br><br>Judge: Civil Docket A |

## PARTIES

CSAA FIRE AND CASUALTY COMPANY, Defendant
CSAA INSURANCE EXCHANGE, Defendant
CSAA INSURANCE SERVICES INC, Defendant
STROME, MARYLYN, Plaintiff

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| DITTRICH, BRIAN E (Bar #14934)<br>DITTRICH LAW FIRM PLLC<br>101 PARK AVE., SUITE 1300<br>OKLA CITY, OK 73102 | STROME, MARYLYN |

## EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

| Issue # 1. | Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT) |
| | Filed By: STROME, MARYLYN |
| | Filed Date: 04/01/2019 |

| Party Name | Disposition Information |
|---|---|
| **Defendant:** CSAA INSURANCE EXCHANGE | |
| **Defendant:** CSAA FIRE AND CASUALTY COMPANY | |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-01-2019 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 04-01-2019 | CONTRACT | BREACH OF AGREEMENT - CONTRACT | | | |
| 04-01-2019 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 04-01-2019 | PFE1 | PETITION<br>Document Available (#1043096248)<br>📄TIFF   📄PDF | | | $ 163.00 |
| 04-01-2019 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 04-01-2019 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 04-01-2019 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 04-01-2019 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 04-01-2019 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 04-01-2019 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-01-2019 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 04-01-2019 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 04-01-2019 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 04-01-2019 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 04-01-2019 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 04-01-2019 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 04-01-2019 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 04-01-2019 | SMF | SUMMONS FEE (CLERKS FEE)-2 | | | $ 20.00 |
| 04-01-2019 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 04-01-2019 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET A TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 04-01-2019 | ACCOUNT | RECEIPT # 2019-3917598 ON 04/01/2019.<br>PAYOR: WHITTEN & BURRANGE LLP<br>TOTAL AMOUNT PAID: $ 252.14.<br>LINE ITEMS:<br>CJ-2019-1321: $183.00 ON AC01 CLERK FEES.<br>CJ-2019-1321: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.<br>CJ-2019-1321: $1.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2019-1321: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2019-1321: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2019-1321: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.<br>CJ-2019-1321: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2019-1321: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.<br>CJ-2019-1321: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2019-1321: $10.00 ON AC81 LENGTHY TRIAL FUND.<br>CJ-2019-1321: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. | | | |
| 09-25-2019 | SMF | SUMMONS FEE | | | $ 10.00 |
| 09-25-2019 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 09-25-2019 | SMF | SUMMONS FEE-2 | | | $ 20.00 |
| 09-25-2019 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 09-25-2019 | AMP | FIRST AMENDED PETITION<br>Document Available (#1044924106)<br>📄 TIFF  📄 PDF | | STROME, MARYLYN | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 09-25-2019 | ACCOUNT | RECEIPT # 2019-3999705 ON 09/25/2019.<br>PAYOR: DITTRICH LAW TOTAL AMOUNT PAID: $ 10.00.<br>LINE ITEMS:<br>CJ-2019-1321: $10.00 ON AC01 CLERK FEES. | | | |
| 09-26-2019 | ACCOUNT | RECEIPT # 2019-3999778 ON 09/26/2019.<br>PAYOR: DITTRICH LAW FIRM TOTAL AMOUNT PAID: $ 20.00.<br>LINE ITEMS:<br>CJ-2019-1321: $20.00 ON AC01 CLERK FEES. | | | |
| 09-27-2019 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. CSAA INSURANCE SERVICES SERVED / FEDEX MAIL / SIGNED BY K. HYSELL / DEL ON 9-27-19<br>Document Available (#1044926979)<br>TIFF   PDF | | CSAA INSURANCE SERVICES INC | |
| 10-18-2019 | MOD | MOTION TO DISMISS / A TO J / CERTIFICATE OF SERVICE<br>Document Available (#1045270304)<br>TIFF   PDF | | CSAA INSURANCE EXCHANGE | |