# EXHIBIT 2

## AFFIDAVIT OF JARED PETERSON

1. My name is Jared Peterson, and I am the Regional President of AAA Club Alliance Inc. for Oklahoma, Kansas and South Dakota. I am over the age of 18 and the statements made in this Declaration are based upon my personal knowledge, under penalty of perjury, and are true and correct.

2. I previously executed an affidavit on August 12, 2019, which is appended to this affidavit. I have reviewed that affidavit and confirm that the statements made therein remain true today.

3. CSAA Insurance Exchange does not issue policies in Oklahoma and does not have subscribers or members that are citizens of the State of Oklahoma.

4. An up-to-date search of the Insurance Agency Management software database further confirmed that there are no CSAA Insurance Exchange customers, subscribers or members in Oklahoma.

5. This Declaration is made of my own free will and is based upon my personal knowledge and my best recollection.

I declare under penalty of perjury that the foregoing is true and correct.

JARED PETERSON

Subscribed and sworn to before me on this 30 day of December, 2019.

Notary Public

My commission expires:

8-5-20

### AFFIDAVIT OF JARED PETERSON

1. My name is Jared Peterson. I am the Regional President of AAA Club Alliance Inc. for Oklahoma, Kansas and South Dakota. I am over the age of 18 and the statements made in this Affidavit are based upon my personal knowledge, and are true and correct.

2. Automobile Club of Oklahoma d/b/a AAA Oklahoma was a non-profit corporation formed under the laws of the state of Oklahoma. AAA Oklahoma had been a non-profit corporation under Oklahoma's laws since its formation in 1920. AAA Oklahoma never issued stock of any kind and no person or entity owned any interest in AAA Oklahoma. AAA Oklahoma merged into AAA Club Alliance Inc., effective October 31, 2016.

3. AAA Club Alliance Inc. is a Delaware corporation with its principal place of business at One River Place, Wilmington, Delaware 19801.

4. Neither AAA Club Alliance Inc. nor AAA Oklahoma are members or subsidiaries – or subsidiaries of subsidiaries of any number of degrees of separation – of CSAA Insurance Exchange.

5. AAA Club Alliance Inc. and AAA Oklahoma are not members of a reciprocal insurance exchange.

6. CSAA Insurance Exchange and CSAA Fire & Casualty Insurance Company are not members of the board of directors of AAA Club Alliance Inc. CSAA insurance Exchange and CSAA Fire & Casualty Insurance Company have no authority, ownership, or control of AAA Club Alliance Inc. CSAA Insurance Exchange and CSAA Fire &

Casualty Insurance Company d/b/a AAA Insurance Company were not members of the board of directors of AAA Oklahoma and had no authority, ownership, or control of AAA Oklahoma during its existence.

7. Historically, AAA Oklahoma had a contractual agreement with AAA Member Services Company, LLC (dissolved July 5, 2016), which provided telephone support for AAA members, among other services. AAA Member Services Company, LLC did not own stock of, was not a member of, and did not have any ownership, management or control of AAA Oklahoma. AAA Oklahoma did not own stock of, was not a member of, and did not have any ownership, management or control of AAA Member Services Company, LLC.

8. AAA Club Alliance Inc. owns no stock of, is not a member of, and in no way has any ownership, management, or control of either CSAA Insurance Exchange or CSAA Fire & Casualty Insurance Company. AAA Oklahoma did not own stock of, was not a member of, and did not have any ownership, management or control of CSAA Insurance Exchange or CSAA Fire & Casualty Insurance Company's during its existence.

9. AAA Club Alliance Inc. and CSAA Fire & Casualty Insurance Company do business through a contractual relationship where AAA Club Alliance Inc. procures and submits applications for insurance to CSAA Fire & Casualty Insurance Company. AAA Club Alliance Inc. offers the insurance as a separate product from its AAA memberships. AAA Club Alliance Inc. offers this insurance to its members at a discounted rate, and to non-members at a non-discounted rate. This is the full extent of the relationship between

AAA Club Alliance Inc. and the other Defendants in this case. AAA Oklahoma did business through a similar contractual relationship during AAA Oklahoma's existence.

10. Neither AAA Club Alliance Inc. nor AAA Oklahoma issue or underwrite policies of insurance. Neither AAA Club Alliance Inc. nor AAA Oklahoma issued or underwrote Plaintiff's policy at issue here.

11. AAA Club Alliance Inc. has no involvement with the handling of claims, including the investigation and evaluation of claims. AAA Oklahoma had no involvement with the handling of claims, including the investigation and evaluation of claims during its existence. Neither AAA Club Alliance Inc. nor AAA Oklahoma was involved in handling Plaintiff's claim, including the investigation and evaluation of that claim.

12. This Affidavit is made of my own free will and is based upon my personal knowledge and my best recollection.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JARED PETERSON

Subscribed and sworn to before me on this 12 day of August, 2019.

_____
Notary Public

My commission expires:

8-5-2020

Page 3 of 3