# EXHIBIT 5



PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

## QUARTERLY STATEMENT
AS OF JUNE 30, 2019
OF THE CONDITION AND AFFAIRS OF THE

## CSAA INSURANCE EXCHANGE

NAIC Group Code __1278__ __1278__   NAIC Company Code __15539__   Employer's ID Number __94-0361650__
                 (Current) (Prior)

Organized under the Laws of __California__, State of Domicile or Port of Entry __CA__

Country of Domicile __United States of America__

Incorporated/Organized __06/20/1914__   Commenced Business __08/14/1914__

Statutory Home Office __3055 Oak Road__, __Walnut Creek, CA, 94597-2098__
(Street and Number)   (City or Town, State, Country and Zip Code)

Main Administrative Office __3055 Oak Road__
(Street and Number)
__Walnut Creek, CA, 94597-2098__, __800-207-3618__
(City or Town, State, Country and Zip Code)   (Area Code) (Telephone Number)

Mail Address __3055 Oak Road__, __Walnut Creek, CA, 94597-2098__
(Street and Number or P.O. Box)   (City or Town, State, Country and Zip Code)

Primary Location of Books and Records __3055 Oak Road__
(Street and Number)
__Walnut Creek, CA, 94597-2098__, __925-279-4266__
(City or Town, State, Country and Zip Code)   (Area Code) (Telephone Number)

Internet Website Address __www.csaa-insurance.aaa.com__

Statutory Statement Contact __Andrea Kay Hecht__, __925-279-4266__
(Name)   (Area Code) (Telephone Number)
__financialreporting@csaa.com__, __877-835-5896__
(E-mail Address)   (FAX Number)

### OFFICERS
President __Thomas Michael Troy #__   Interim Treasurer & CFO __Phillip Curtis Surprenant #__
Secretary __Michael Jay Zukerman__

### OTHER

### DIRECTORS OR TRUSTEES

| | | |
|---|---|---|
| Spencer Steven Angerbauer | Robert Nicholas Barone | Jack Elliot Brown ** |
| Mary Bailey Cranston | Allen Joseph DeWalle | Paula Robinson Collins |
| Donald Real Gagnon | Mary Rowland Hennessy | Ralph Seefred Michael, III |
| William Gerald Petitt | Donald Allan Smith, Jr. | Robert Alan Elliott |
| James Lewis Pease, III | Thomas Michael Troy # | |
| ** CHAIR OF BOARD | | |

State of __California__
County of __Contra Costa__   SS:

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

Thomas Michael Troy
President & Chief Executive Officer of CSAA
Insurance Services, Inc., Attorney in Fact of CSAA
Insurance Exchange

Phillip Curtis Surprenant
Interim Treasurer & Chief Financial Officer of
CSAA Insurance Services, Inc., Attorney in Fact of
CSAA Insurance Exchange

Subscribed and sworn to (or affirmed) before me on this __8th__ day of __August__, 2019 by the above named individuals, proved to me on the basis of satisfactory evidence to be the persons who appeared before me.

Notary Public

a. Is this an original filing? .................. Yes [ X ] No [  ]
b. If no,
   1. State the amendment number ......
   2. Date filed ...................................
   3. Number of pages attached ..........

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.



CRAIG GILBERT ATSUSHI ASANO
Commission # 2139513
Notary Public - California
Contra Costa County
My Comm. Expires Jan 8, 2020

STATEMENT AS OF JUNE 30, 2019 OF THE CSAA INSURANCE EXCHANGE

# GENERAL INTERROGATORIES

## PART 1 - COMMON INTERROGATORIES

### GENERAL

1.1 Did the reporting entity experience any material transactions requiring the filing of Disclosure of Material Transactions with the State of Domicile, as required by the Model Act? .................................................................................................................................... Yes [ ]  No [ X ]

1.2 If yes, has the report been filed with the domiciliary state? .................................................................................................................................... Yes [ ]  No [ ]

2.1 Has any change been made during the year of this statement in the charter, by-laws, articles of incorporation, or deed of settlement of the reporting entity? .................................................................................................................................... Yes [ ]  No [ X ]

2.2 If yes, date of change: _____

3.1 Is the reporting entity a member of an Insurance Holding Company System consisting of two or more affiliated persons, one or more of which is an insurer? .................................................................................................................................... Yes [ X ]  No [ ]
If yes, complete Schedule Y, Parts 1 and 1A.

3.2 Have there been any substantial changes in the organizational chart since the prior quarter end? .................................................................................................................................... Yes [ ]  No [ X ]

3.3 If the response to 3.2 is yes, provide a brief description of those changes.

3.4 Is the reporting entity publicly traded or a member of a publicly traded group? .................................................................................................................................... Yes [ ]  No [ X ]

3.5 If the response to 3.4 is yes, provide the CIK (Central Index Key) code issued by the SEC for the entity/group. _____

4.1 Has the reporting entity been a party to a merger or consolidation during the period covered by this statement? .................................................................................................................................... Yes [ ]  No [ X ]
If yes, complete and file the merger history data file with the NAIC for the annual filing corresponding to this period.

4.2 If yes, provide the name of the entity, NAIC Company Code, and state of domicile (use two letter state abbreviation) for any entity that has ceased to exist as a result of the merger or consolidation.

| 1<br>Name of Entity | 2<br>NAIC Company Code | 3<br>State of Domicile |
|---|---|---|
|  |  |  |

5. If the reporting entity is subject to a management agreement, including third-party administrator(s), managing general agent(s), attorney-in-fact, or similar agreement, have there been any significant changes regarding the terms of the agreement or principals involved? ........ Yes [ ]  No [ X ]  N/A [ ]
If yes, attach an explanation.

6.1 State as of what date the latest financial examination of the reporting entity was made or is being made. .................................................................................................................................... 12/31/2015

6.2 State the as of date that the latest financial examination report became available from either the state of domicile or the reporting entity. This date should be the date of the examined balance sheet and not the date the report was completed or released. .................................................................................................................................... 12/31/2015

6.3 State as of what date the latest financial examination report became available to other states or the public from either the state of domicile or the reporting entity. This is the release date or completion date of the examination report and not the date of the examination (balance sheet date). .................................................................................................................................... 05/11/2017

6.4 By what department or departments?
California Department of Insurance

6.5 Have all financial statement adjustments within the latest financial examination report been accounted for in a subsequent financial statement filed with Departments? .................................................................................................................................... Yes [ ]  No [ ]  N/A [ X ]

6.6 Have all of the recommendations within the latest financial examination report been complied with? .................................................................................................................................... Yes [ X ]  No [ ]  N/A [ ]

7.1 Has this reporting entity had any Certificates of Authority, licenses or registrations (including corporate registration, if applicable) suspended or revoked by any governmental entity during the reporting period? .................................................................................................................................... Yes [ ]  No [ X ]

7.2 If yes, give full information:

8.1 Is the company a subsidiary of a bank holding company regulated by the Federal Reserve Board? .................................................................................................................................... Yes [ ]  No [ X ]

8.2 If response to 8.1 is yes, please identify the name of the bank holding company.

8.3 Is the company affiliated with one or more banks, thrifts or securities firms? .................................................................................................................................... Yes [ ]  No [ X ]

8.4 If response to 8.3 is yes, please provide below the names and location (city and state of the main office) of any affiliates regulated by a federal regulatory services agency [i.e. the Federal Reserve Board (FRB), the Office of the Comptroller of the Currency (OCC), the Federal Deposit Insurance Corporation (FDIC) and the Securities Exchange Commission (SEC)] and identify the affiliate's primary federal regulator.

| 1<br>Affiliate Name | 2<br>Location (City, State) | 3<br>FRB | 4<br>OCC | 5<br>FDIC | 6<br>SEC |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

STATEMENT AS OF JUNE 30, 2019 OF THE CSAA INSURANCE EXCHANGE



STATEMENT AS OF JUNE 30, 2019 OF THE CSAA INSURANCE EXCHANGE

## SCHEDULE Y

### PART 1A - DETAIL OF INSURANCE HOLDING COMPANY SYSTEM

| 1 Group Code | 2 Group Name | 3 NAIC Company Code | 4 ID Number | 5 Federal RSSD | 6 CIK | 7 Name of Securities Exchange if Publicly Traded (U.S. or International) | 8 Names of Parent, Subsidiaries Or Affiliates | 9 Domiciliary Location | 10 Relationship to Reporting Entity | 11 Directly Controlled by (Name of Entity/Person) | 12 Type of Control (Ownership, Board, Management, Attorney-in-Fact, Influence, Other) | 13 If Control is Ownership Provide Percentage | 14 Ultimate Controlling Entity(ies)/Person(s) | 15 Is an SCA Filing Required? (Y/N) | 16 * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1278 | CSAA Insurance Group | 15539 | 94-0961650 | | | | CSAA Insurance Exchange | CA | RE | | | 0.000 | CSAA Insurance Exchange | N | |
| 1278 | CSAA Insurance Group | 37770 | 33-0392971 | | | | CSAA General Insurance Company | IN | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| 1278 | CSAA Insurance Group | 10921 | 91-1674022 | | | | CSAA Fire & Casualty Insurance Company | IN | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| 1278 | CSAA Insurance Group | 11681 | 23-0758070 | | | | CSAA Affinity Insurance Company | AZ | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| 1278 | CSAA Insurance Group | 10675 | 23-2866784 | | | | CSAA Mid-Atlantic Insurance Company | IN | DS | CSAA Affinity Insurance Company | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | | | | | | CSAA Mid-Atlantic Insurance Company of New Jersey | | | | | | | | |
| 1278 | CSAA Insurance Group | 42960 | 23-2939473 | | | | Mobilitas Insurance Company | AZ | DS | CSAA Affinity Insurance Company | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| 1278 | CSAA Insurance Group | 36392 | 83-1265529 | | | | Club Marketing Services, LLC | CA | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | | 26-2328071 | | | | CSAA Insurance Services, Inc. | CA | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | Y | |
| | | | 46-4417209 | | | | ROXMB Lab (fka Club Insurance Services, Inc.) | | | | | | | | |
| | | | 20-1407538 | | | | 2011 Equity Investment Fund, LLC | CA | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | Y | |
| | | | 45-1953787 | | | | CSAA Investment Fund, LLC | DE | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | | 46-3234238 | | | | CSAA Life and Financial Services, Inc. | CA | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | Y | |
| | | | 94-3327479 | | | | Pacific Beacon Life Reassurance, Inc. | CA | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | 84162 | 99-0342689 | | | | ACLI Acquisition Company | HI | DS | CSAA Life and Financial Services, Inc. | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | | 38-3416375 | | | | AAA Life Insurance Company | DE | DS | CSAA Life and Financial Services, Inc. | Ownership | 26.305 | CSAA Insurance Exchange | N | |
| | | 71854 | 52-0919929 | | | | AAA Life Insurance Company of New York | MI | IA | ACLI Acquisition Company | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | 15282 | 45-0660011 | | | | Life Alliance Reassurance Corporation | NY | IA | AAA Life Insurance Company | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | 13738 | 27-1260555 | | | | 2445 St. Rose Parkway LLC | HI | IA | AAA Life Insurance Company | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | | 46-1529815 | | | | 2445 St. Rose Parkway LLC | DE | DS | CSAA General Insurance Company | Ownership | 50.000 | CSAA Insurance Exchange | N | |
| | | | 46-1529815 | | | | Pathway Private Equity Fund/CSAA Venture Capital Fund, LLC | DE | DS | CSAA Fire & Casualty Insurance Company | Ownership | 50.000 | CSAA Insurance Exchange | N | |
| | | | 20-3510151 | | | | Pathway Private Equity Fund/CSAA Special Equity Fund, LLC | DE | DS | CSAA Insurance Exchange | Ownership | 80.012 | CSAA Insurance Exchange | N | |
| | | | 20-3510060 | | | | Avanta Studios LLC (fka Orbit Labs LLC) | DE | DS | CSAA Insurance Exchange | Ownership | 99.475 | CSAA Insurance Exchange | N | |
| | | | 38-4025455 | | | | Avanta Ventures LLC (fka Orbit Ventures LLC) | CA | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | | 38-4047238 | | | | Mobilitas Insurance Company of America | CA | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | N | |
| | | | 83-4326533 | | | | | AZ | DS | CSAA Insurance Exchange | Ownership | 100.000 | CSAA Insurance Exchange | N | |

Explanation

| Asterisk | |
|---|---|
| 1 | 2445 St. Rose Parkway LLC (Rose) is a Delaware limited liability company which was organized on December 04, 2012 and is owned 50% each by CSAA Fire & Casualty Insurance Company and CSAA General Insurance Company. 1Rose holds title to the property housing all Las Vegas claims and underwriting staff for the CSAA IE's Regional Claims Center in Las Vegas, NV. |

12