# EXHIBIT 6



PROPERTY AND CASUALTY COMPANIES - ASSOCIATION EDITION

# QUARTERLY STATEMENT
AS OF JUNE 30, 2019
OF THE CONDITION AND AFFAIRS OF THE

## CSAA GENERAL INSURANCE COMPANY

| Field | Value |
|---|---|
| NAIC Group Code | 1278 (Current) / 1278 (Prior) |
| NAIC Company Code | 37770 |
| Employer's ID Number | 33-0382971 |
| Organized under the Laws of | Indiana |
| State of Domicile or Port of Entry | IN |
| Country of Domicile | United States of America |
| Incorporated/Organized | 06/25/1987 |
| Commenced Business | 01/02/1900 |
| Statutory Home Office | 450 E. 96th Street, Suite 500, Indianapolis, IN, 46240 |
| Main Administrative Office | 3055 Oak Road, Walnut Creek, CA, 94597 — 800-207-3618 |
| Mail Address | 3055 Oak Road, Walnut Creek, CA, 94597 |
| Primary Location of Books and Records | 3055 Oak Road, Walnut Creek, CA, 94597 — 925-279-4266 |
| Internet Website Address | www.csaa-insurance.aaa.com |
| Statutory Statement Contact | Andrea Kay Hecht — 925-279-4266 |
| E-mail Address | financialreporting@csaa.com |
| FAX Number | 877-835-5896 |

### OFFICERS

- President: Thomas Michael Troy #
- Interim Treasurer & CFO: Phillip Curtis Surprenant #
- Secretary: Michael Jay Zukerman

### OTHER

- Jianlu Xu, Assistant Vice President
- Ryan Daniel Vigus, Assistant Vice President
- Phyllis Tobe Solomon, Assistant Secretary
- Katherine Jean Evans #, Assistant Secretary

### DIRECTORS OR TRUSTEES

- Thomas Michael Troy * #
- Michael Jay Zukerman
- Robert Edward Valliere
- Brian James Gust
- Linsay Danice Hohmann #

*CHAIR OF BOARD

State of California
County of Contra Costa     SS:

The officers of this reporting entity being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC Annual Statement Instructions and Accounting Practices and Procedures manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| Thomas Michael Troy | Michael Jay Zukerman | Phillip Curtis Surprenant |
|---|---|---|
| President & CEO | Secretary | Interim Treasurer & CFO |

Subscribed and sworn to (or affirmed) before me on this 8th day of August, 2019 by the above named individuals, proved to me on the basis of satisfactory evidence to be the persons who appeared before me.

Notary Public

a. Is this an original filing? Yes [ X ]  No [ ]
b. If no,
  1. State the amendment number ......
  2. Date filed ......
  3. Number of pages attached ......

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document.



CRAIG GILBERT ATSUSHI ASANO
Commission # 2139513
Notary Public - California
Contra Costa County
My Comm. Expires Jan 8, 2020