# EXHIBIT 7

**Alex Padilla**
**California Secretary of State**



# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, December 29, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C0053505    CALIFORNIA STATE AUTOMOBILE ASSOCIATION

| | |
|---|---|
| **Registration Date:** | 04/13/1908 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC NONPROFIT |
| **Status:** | TERM EXPIRED |
| **Agent for Service of Process:** | * |
| **Entity Address:** | * |
| **Entity Mailing Address:** | * |

| Document Type | File Date | PDF |
|---|---|---|
| REGISTRATION | 04/13/1908 | Image unavailable. Please request paper copy. |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[Modify Search]   [New Search]   [Back to Search Results]